**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 812 |
| | ) | |
| MICHAEL McCLAIN, et al. | ) | Honorable Harry D. Leinenweber |
| | ) | |

## DEFENDANTS' PROPOSED STATEMENT OF THE CASE

Defendants Michael McClain, Anne Pramaggiore, John Hooker, and Jay Doherty ("Defendants"), through their undersigned counsel, submit the following proposed statement of the case.

Defendants have been charged with

- corruptly giving, offering, and agreeing to give jobs, contracts, and monetary payments associated with those jobs and contracts, for the benefit of the former Speaker of the Illinois General Assembly, Michael J. Madigan, and his associates, with intent to influence and reward Mr. Madigan in connection with legislation affecting ComEd and its business;

- circumventing a system of internal accounting controls at Exelon and/or ComEd; and

- falsifying books, records, and/or accounts of Exelon and ComEd.

All Defendants have pleaded not guilty to all charges. Defendants deny that any actions they took were done with the corrupt intent to influence or reward Mr. Madigan in connection with legislation affecting ComEd. Defendants assert that the actions the Government contends were criminal were in fact legal and in accordance with legal lobbying practices. Defendants deny that they falsified any books, records, or accounts of Exelon or ComEd or circumvented a system of internal accounting controls.

DATED: March 6, 2023                                    Respectfully submitted,

/s/ *Patrick J. Cotter*                                 /s/ *Scott R. Lassar*
Patrick J. Cotter                                       Scott R. Lassar
GREENSFELDER, HEMKER & GALE, P.C.                       Daniel C. Craig
200 West Madison Street, Suite 3300                     Jennifer M. Wheeler
Chicago, IL 60606                                       Emily R. Woodring
Telephone: (312) 345-5088                               Joan E. Jacobson
pcotter@greensfelder.com                                SIDLEY AUSTIN LLP
                                                        One South Dearborn
David P. Niemeier                                       Chicago, IL 60603
GREENSFELDER, HEMKER & GALE, P.C.                       Telephone: (312) 853-7000
10 South Broadway, Suite 2000                           Facsimile: (312) 853-7036
St. Louis, MO 63102                                     slassar@sidley.com
Telephone: (314) 241-9090                               dcraig@sidley.com
dpn@greensfelder.com                                    jwheeler@sidley.com
                                                        ewoodring@sidley.com
*Attorneys for Defendant Michael McClain*               joan.jacobson@sidley.com

                                                        *Attorneys for Defendant Anne Pramaggiore*


/s/ *Jacqueline S. Jacobson*                            /s/ *Gabrielle R. Sansonetti*
Michael D. Monico                                       Gabrielle R. Sansonetti
Barry A. Spevack                                        LAW OFFICE OF GABRIELLE R.
Jacqueline S. Jacobson                                  SANSONETTI
Ryan W. Mitsos                                          53 West Jackson Blvd., Suite 1062
MONICO & SPEVACK                                        Chicago, Illinois 60604
53 West Jackson Blvd., Suite 1315                       Telephone: (312) 588-1281
Chicago, IL 60604                                       Direct: (773) 716-6117
Telephone: (312) 782-8500                               Facsimile: (773) 277-7334
mm@monicolaw.com                                        gabrielle@Sansonetti-law.com
bspevack@monicolaw.com
jjacobson@monicolaw.com                                 Michael P. Gillespie
rmitsos@monicolaw.com                                   GILLESPIE AND GILLESPIE
                                                        53 West Jackson Blvd., Suite 1062
Susan M. Pavlow                                         Chicago, IL 60604
53 West Jackson Blvd., Suite 1215                       Telephone: (312) 588-1281
Chicago, IL 60604                                       michael@gillespieandgillespielaw.com
Telephone: (312) 322-0094
smpavlow@mac.com                                        *Attorneys for Defendant Jay Doherty*

*Attorneys for Defendant John Hooker*