**FILED**

**MAR 15 2023**

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 20 CR 812 |
| ) | |
| MICHAEL MCCLAIN, ANNE ) | Hon. Judge Harry D. Leinenweber |
| PRAMAGGIORE, JOHN HOOKER, ) | |
| and JAY DOHERTY ) | |

**TRIBUNE PUBLISHING COMPANY'S MOTION TO JOIN CHICAGO PUBLIC MEDIA, INC.'S AND CHICAGO SUN-TIMES MEDIA, INC.'S EMERGENCY MOTION FOR LEAVE TO INTERVENE AND FOR IMMEDIATE ACCESS TO EXAMINE AND COPY AUDIO RECORDINGS AS THEY ARE OFFERED INTO EVIDENCE**

Tribune Publishing Company ("Chicago Tribune"), by their counsel, moves to join the motion of Chicago Public Media, Inc. ("WBEZ") and Chicago Sun-Times Media, Inc. ("Sun-Times") for leave to intervene in this matter for the limited purpose of objecting to the denial of access and copying of recordings introduced into evidence in this case (the "Access Motion"), and to file its appearance, and in support states:

On March 14, 2023, counsel for WBEZ and the Sun-Times appeared before the Court for hearing on the Access Motion. At that time, counsel stated that he was also appearing on behalf of the Chicago Tribune, which wished to join the Access Motion. After hearing argument and having reviewed the papers submitted by WBEZ and the Sun-Times, the Court granted the Access Motion.

Pursuant to Federal Rule of Civil Procedure 20, the Chicago Tribune requests that Court formally grant its motion to join the Access Motion *nunc pro tunc* and enter its appearance so that the record in this matter is clear on that point. Permitting the Chicago Tribune to formally

join the Access Motion and enter its appearance in this matter will not affect the proceedings, require any further hearing regarding the Access Motion, or result in prejudice to any party.

WHEREFORE, Tribune Publishing Company respectfully requests that the Court permit it to join the Access Motion pursuant to Federal Rule of Civil Procedure 20 and enter its appearance as an intervenor.

Respectfully submitted,

March 15, 2023

TRIBUNE PUBLISHING COMPANY

/s/ Brian D. Saucier
One of its attorneys

Steven P. Mandell (ARDC No. 6183729)
smandell@mandellmenkes.com
Brian D. Saucier (ARDC No. 6226006)
bsaucier@mandellmenkes.com
Lyndsey M. Wajert (ARDC No. 6340204)
lwajert@mandellmenkes.com
MANDELL MENKES LLC
333 W. Wacker Dr.
Suite 450
Chicago, IL 60606
(312) 251-1035