# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael McClain, et al.

Defendant.

Case No.: 1:20–cr–00812
Honorable Harry D. Leinenweber

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 4, 2023:

MINUTE entry before the Honorable Harry D. Leinenweber: Jury trial held and continued to 4/5/23 at 10:00 a.m. in Courtroom 1719. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.