**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 20 CR 812 |
| | ) | |
| MICHAEL McCLAIN, et al. | ) | Honorable Manish S. Shah |
| | ) | |

**DEFENDANT ANNE PRAMAGGIORE'S**
**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

ANNE PRAMAGGIORE, through counsel, respectfully requests that this Honorable Court allow Ms. Pramaggiore to travel outside the Northern District of Illinois for purposes of visiting relatives in the Piedmont area of Italy from October 25, 2024 to November 5, 2024.

In support of this Motion, Ms. Pramaggiore states the following:

1. As a condition of her release on bond, Ms. Pramaggiore surrendered her passport to the United States Pretrial Services. Ms. Pramaggiore has complied with all the conditions of her release on bond.

2. Ms. Pramaggiore and her family would like to travel to the Piedmont area of Italy from October 25, 2024 to November 5, 2024 to visit relatives.

3. To do so, Ms. Pramaggiore will need her passport, which is now expired, from the United States Pretrial Services.

4. Counsel for Ms. Pramaggiore has communicated with Assistant United States Attorney Amarjeet Bhachu who does not object to this Motion.

WHEREFORE, Ms. Pramaggiore respectfully requests that she be permitted to travel to the Piedmont area of Italy from October 25, 2024 to November 5, 2024. She further requests that she receive her passport from the United States Pretrial Services.

| | |
|---|---|
| DATED: September 18, 2024 | Respectfully submitted, |

/s/ *Scott R. Lassar*
Scott R. Lassar
Daniel C. Craig
Jennifer M. Wheeler
Emily R. Woodring
Joan E. Jacobson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
dcraig@sidley.com
jwheeler@sidley.com
ewoodring@sidley.com
joan.jacobson@sidley.com

*Attorneys for Defendant Anne Pramaggiore*